ELIZABETH STAGGS WILSON, Bar No. 183160
(estaggs-wilson@littler.com)
SHANNON R. BOYCE, Bar No. 229041
(sboyce@littler.com)
ANTHONY G. LY, Bar No. 228883
(aly@littler.com)
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Fax No.:     310.553.5583

Attorneys for Defendants
TENET HEALTHCARE CORPORATION; TENET CALIFORNIA, INC.; AND FOUNTAIN VALLEY REGIONAL HOSPITAL AND MEDICAL CENTER

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANE MCELROY, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, a Nevada corporation; TENET CALIFORNIA, INC., a Delaware corporation; FOUNTAIN VALLEY REGIONAL HOSPITAL AND MEDICAL CENTER, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  SACV12-458 CJC (RNBx)<br><br>ASSIGNED FOR ALL PURPOSES TO HON. CORMAC J. CARNEY<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT<br><br>Trial Date:  None<br>Complaint Filed:  February 7, 2012 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIANE MCELROY, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHCARE CORPORATION, a Nevada corporation; TENET CALIFORNIA, INC., a Delaware corporation; FOUNTAIN VALLEY REGIONAL HOSPITAL AND MEDICAL CENTER, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. SACV12-458 CJC (RNBx)<br><br>ASSIGNED FOR ALL PURPOSES TO HON. CORMAC J. CARNEY<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Trial Date: None<br>Complaint Filed: February 7, 2012 |

**IT IS HEREBY ORDERED** that the above-referenced action is hereby remanded to the Superior Court of California, County of Orange, pursuant to the terms and conditions of the Parties' Joint Stipulation to Remand Case to State Court, without costs or fees to either party.

Dated: April 27, 2012

_____
HON. CORMAC J. CARNEY
JUDGE, U.S. DISTRICT COURT